E-FILED
Thursday, 17 November, 2016  10:22:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 14-CR-30014-SEM-TSH |
| | ) | |
| CHARLES SCHRODE, | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTION TO NOVEMBER 16, 2016 ORDER**

Defendant Charles Schrode, by his attorney, Douglas J. Quivey, in objection to Court's November 16, 2016 Order states as follows:

1. Mr. Schrode cannot be sentenced to more than 360 months on each of Counts II and III. (d/e 84). Because the November 16, 2016 Order proposes to sentence Mr. Schrode to 363 months on each of Counts II and III, it contains the same calculation errors as in the original judgment, (d/e 65). Accordingly, Mr. Schrode objects.

2. Mr. Schrode also submits that the 33 months of credit for time served in Counts II, III, and IV needs to be increased in the Amended Judgment to reflect credit for time served between October 30, 2015 (the original sentencing date) and the date the new sentence is imposed in the Amended Judgment. If the credit for time served is not increased, Mr. Schrode will effectively be unfairly punished because of the Court's original calculation error.

3. After the Court corrects the calculation error and credit for time served, Mr. Schrode will waive his right to a re-sentencing hearing.

WHEREFORE, Defendant Schrode prays that the Court enter an Amended Judgment that does not sentence him to more than the statutory maximum possible on Counts II and III and provides for updated credit for time served.

Respectfully submitted,

THOMAS PATTON
Federal Public Defender


By: s/ Douglas J. Quivey
Douglas J. Quivey
Assistant Federal Public Defender
Office of the Federal Public Defender
600 E. Adams, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail:doug_quivey@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Greg Harris, AUSA
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

          s/ Douglas J. Quivey
          Douglas J. Quivey
          Assistant Federal Public Defender
          Office of the Federal Public Defender
          600 E. Adams, 2nd Floor
          Springfield, Illinois 62701
          Telephone: (217) 492-5070
          Fax: (217) 492-5077
          E-mail: doug_quivey@fd.org